UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                           :

JAVIER SOLANO-CASIMIRO,              :

                           :

               Petitioner,       :

                           :     **ORDER TO SHOW CAUSE**

        - against -          :

                           :     26-cv-1511 (BMC)

PAM BONDI, Attorney General of the     :
United States; KRISTI NOEM, Secretary of the  :
Department of Homeland Security;        :
TODD M. LYONS, Acting Director, United    :
States Immigration and Customs Enforcement, in  :
their official capacities; BRIAN FLANAGAN,   :
Acting Deputy Field Office Director for ICE in   :
New York City Area, in their official capacities,  :

                           :

               Respondents.   :
--------------------------------------------------------------X

       Upon the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, dated

March 13, 2026, it is hereby

       ORDERED as follows:

1. Respondents are enjoined from relocating petitioner from this district pending
resolution of the petition;

2. The United States Attorney, as attorney for respondents, shall show cause before
this Court by filing a return to the petition why a writ of habeas corpus should not
be issued;

3. Within 3 days from the date of this Order, respondents shall serve a copy of its
return on petitioner herein and file the original thereof with proof of service with
the Clerk of the Court;

4. All communications with the Court must be served on the opposing party;

5. Electronic service of a copy of this Order to Show Cause shall be made by the Clerk of the Court together with a copy of the petition to the United States Attorney.

**SO ORDERED.**

_Brian M. Cogan_
U.S.D.J.

Dated: Brooklyn, New York
       March 16, 2026